UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HIUVER ARMANDO CASTRO MARADIAGO,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al.,

Respondents.

No.  1:26-cv-00880-DAD-CSK

ORDER

(Doc. Nos. 1, 2, 3, 7, 9)

Petitioner Hiuver Armando Castro Maradiago is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 6, 2026, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss (Doc. No. 7) be granted and that all pending motions be terminated.  (Doc. No. 9.)  Specifically, the magistrate judge found that the petition in this case (Doc. No. 1) is duplicative of a petition filed by petitioner in case number 1:25-cv-01779-DJC-JDP.  (Doc. No. 9 at 1.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 2.)

1

To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on March 6, 2025 (Doc. No. 9) are ADOPTED in full;

2. Respondents' motion to dismiss (Doc. No. 7) petitioner's petition for writ of habeas corpus is GRANTED;

3. Petitioner's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED as having been rendered moot by this order;

4. Petitioner's motion to appoint counsel (Doc. No. 3) is DENIED as having been rendered moot by this order;

5. This action is DISMISSED without prejudice; and

6. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **March 18, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2